AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| deGravelles, John W. | US District Court, Louisiana, Middle District | 05/08/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder - See Part VIII | John W. deGravelles Law, LLC |
| 2. | Partner - See Part VIII | deGravelles, Palmintier, Holthaus, Fruge' |
| 3. | Member | deGravelles Enterprises, LLC |
| 4. | Member | deGravelles ▓ II, LLC |
| 5. | Member | deGravelles ▓ III, LLC |
| 6. | Partner | DPHF Company |
| 7. | Shareholder - See Part VIII | Louisiana Litigation Services, Inc. |
| 8. | Guest Lecturer and Instructor | Louisiana State University - Paul M. Hebert Law Center |
| 9. | Guest Lecturer | Tulane University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2014 | Louisiana State University - Lecturerr - Course on Federal Courts - January 13, 2015 - April 23, 2015 |
| 2. | 11/26/2013 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 18, 2015 - June 5, 2015 |

| | |
|---|---|
| 3. 4/27/2015 | Louisiana State University - Guest Lecturer & Instructor - Comparative Maritime Personal Injury & Death Class - July 6, 2015 - July 24, 2015 |
| 4. 7/23/2014 | John Neale deGravelles, LLC - See Part VIII for terms |
| 5. 12/20/2013 | deGravelles, Palmintier, Holthaus & Fruge' - See Part VIII for terms |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | John W. deGravelles Law, LLC - Wages - See Part VIII | $105,225.80 |
| 2. 2014 | John W. deGravelles Law, LLC - S-corp income (NET) - See Part VIII | $1,235,329.00 |
| 3. 2014 | West Services, Inc. - Book Royalties | $1,861.85 |
| 4. 2014 | The Administrators of the Tulane Education Fund - Guest Lecturer Fee | $2,000.00 |
| 5. 2014 | deGravelles, Palmintier, Holthaus, Fruge' - Prior Fees Earned - See Part II Agreements | $645.39 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baton Rouge Bar Association | 7/24/2014 - 7/25/2014 | Point Clear, AL | Swearing In | Travel & lodging |
| 2. | Federal Judiciary Center | 9/7/2014 - 9/13/2014 | Los Angeles, CA | Attend Phase 1 Orientation as newly appointed District Judge | Travel & lodging |
| 3. | University of Marmara | 10/11/2014 - 10/18/2014 | Istanbuhl, Turkey | Guest Speaker | Lodging |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Investiture Ceremony Committee Members - See Section VIII for additional information | Catering expenses for Investiture Ceremony | $11,566.24 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank | Mortgage on Rental Prop held in DPHF Company, LLC (Part VII, Line 5) | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. deGravelles Enterprises, LLC - Wilkinson County, MS | | None | N | Q | | | | | |
| 2. deGravelles ▇ II, LLC - Baton Rouge, LA | A | Rent | M | Q | | | | | |
| 3. deGravelles ▇ III, LLC - Wilkinson County, MS | | None | O | Q | | | | | |
| 4. John W. deGravelles Law, LLC - (Y) | | | | | | | | | |
| 5. Chase Cash Accounts | A | Int./Div. | K | T | | | | | |
| 6. Citibank Cash Account | A | Interest | J | T | | | | | |
| 7. IRA #1 | E | Int./Div. | M | T | | | | | |
| 8. -Morgan Stanley Cash Account | | | | | | | | | |
| 9. -Consulting Group Govt MMKT | | | | | | | | | |
| 10. -Consulting Group Emrg Market Equity Invest | | | | | | | | | |
| 11. -Consulting Group International Equity Inv | | | | | | | | | |
| 12. -Consulting Group Large Cap Value Eq | | | | | | | | | |
| 13. -Consulting Group Large Cap Growth Inv | | | | | | | | | |
| 14. -Consulting Group Small Cap Growth Inv | | | | | | | | | |
| 15. -Consulting Group Small Cap Value Equity Inv | | | | | | | | | |
| 16. Allianz Life Valuemark III Annuity | | | | | | | | | |
| 17. -Franklin Global Real Estate | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AZL Schroder Emg Mkts Ea Cl 1 | | None | L | T | | | | | |
| 19. -Franklin Mutual Shares | | None | M | T | | | | | |
| 20. -Franklin Large Cap Growth Sec | | None | K | T | | | | | |
| 21. -Franklin Small-Mid Cap Growth | | None | M | T | | | | | |
| 22. -Templeton Foreign Securities | | None | L | T | | | | | |
| 23. -Franklin Rising Dividends Secs | | None | M | T | | | | | |
| 24. Lincoln American Legacy Design 2 Annuity | | | | | | | | | |
| 25. -American Fd International | | None | M | T | | | | | |
| 26. -American Fd Growth - Income | | None | M | T | | | | | |
| 27. -American Fd High Inc Bond | | None | L | T | | | | | |
| 28. -American Fd Growth | | None | M | T | | | | | |
| 29. Prudential Annuity | | | | | | | | | |
| 30. -AST Loomis Sayles Large-Cap Growth | | None | K | T | | | | | |
| 31. -AST MFS Growth | | None | L | T | | | | | |
| 32. -AST Neuberger Berman Mid Cap Growth | | None | L | T | | | | | |
| 33. -AST T. Rowe Price Natural Resources | | None | K | T | | | | | |
| 34. -AST JP Morgan International Equity | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AST Templeton Global Bond | | None | J | T | | | | | |
| 36. -NVIT Developing Markets Fund | | None | J | T | | | | | |
| 37. Transamerica Retirement Plus Annuity | | | | | | | | | |
| 38. -BlackRock Global Alloc V1 | | None | O | T | | | | | |
| 39. -BlackRock High Yield Fund | | None | L | T | | | | | |
| 40. -BlackRock Money Market VI | | None | J | T | | | | | |
| 41. -BlackRock S&P 500 Index VI | | None | O | T | | | | | |
| 42. -PIMCO Total Return | | None | M | T | | | | | |
| 43. Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 44. Unit Quality Municipal National Long Term 109 MPS | B | Int./Div. | K | T | | | | | |
| 45. Morgan Stanley Managed Bond Account #1 | | | | | | | | | |
| 46. -Morgan Stanley Money Market Account | A | Int./Div. | M | T | | | | | |
| 47. -Arizona Trans Board | D | Interest | M | T | | | | | |
| 48. -California St Econ Recovery | C | Interest | | | Sold | 03/11/14 | M | E | |
| 49. -California St Pub Wks Brd | B | Interest | | | Sold | 04/03/14 | L | D | |
| 50. -California St Pub Wks Brd | B | Int./Div. | M | T | Buy | 04/11/14 | M | | |
| 51. -California St General Obligation | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -California St General Obligation Var Purp Ref | A | Interest | K | T | Buy | 03/31/14 | K | | |
| 53. -Chicago IL Transit Auth | C | Interest | M | T | | | | | |
| 54. -Curators Univ Mo Sys | D | Interest | M | T | Sold (part) | 04/30/14 | K | B | |
| 55. -Eanes Tex Indpt Sch Dist Sch | D | Interest | M | T | | | | | |
| 56. -Energy Northwest Wash Elec | D | Interest | M | T | Sold (part) | 07/01/14 | K | C | |
| 57. -Energy Northwest Wash Elec Col UM Generating | A | Interest | K | T | Buy | 05/02/14 | K | | |
| 58. -Florida St Dept Transn Seaport Invt Program Rev | A | Interest | K | T | Buy | 03/21/14 | K | | |
| 59. -Harris Cnty Tex Met Tran Auth Sales & Use | A | Interest | K | T | Buy | 03/24/14 | K | | |
| 60. -Houston Tex Util Sys First Lien Rev Ref-C | C | Interest | M | T | Buy | 03/13/14 | M | | |
| 61. -Indiana St Fin Auth | C | Interest | M | T | | | | | |
| 62. -Iowa St Special Obligation | C | Interest | M | T | | | | | |
| 63. -Jea Fla St Johns Riv Pwr Pk | D | Interest | M | T | | | | | |
| 64. -Los Angeles Ca Dept Arpts | C | Interest | L | T | | | | | |
| 65. -Louisiana Pub Facs Auth Rev | B | Interest | | | Sold | 08/18/14 | K | B | |
| 66. -Louisiana St Gasoline and Fuels Tax Revenue | D | Interest | M | T | | | | | |
| 67. -Louisiana St General Oblig Ref | C | Interest | M | T | | | | | |
| 68. | | | | | Buy (add'l) | 04/08/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Louisiana St General Oblig Ref | D | Interest | | | Sold | 12/15/14 | M | C | |
| 70. -Louisiana St Unclaimed Property Spl Rev | C | Interest | L | T | | | | | |
| 71. -Lucas Cnty Ohio Hosp Ref Rev Ser-D | A | Interest | K | T | Buy | 04/24/14 | K | | |
| 72. -Massachusetts Wtr Resources | B | Interest | | | Sold | 04/01/14 | L | D | |
| 73. -Metropolitan Transportation Auth NY Trans Rev Ref | C | Interest | M | T | | | | | |
| 74. -Metropolitan Transportation Auth NY Trans Rev Series B | C | Interest | M | T | | | | | |
| 75. -Metropolitan Trans Auth NY Rev-B | A | Interest | K | T | Buy | 04/11/14 | K | | |
| 76. -Miami University Genl Recpts Rev Ref | B | Interest | M | T | Buy | 05/15/14 | M | | |
| 77. -Michigan St Comprehensive Transn Rev Ref | D | Interest | M | T | | | | | |
| 78. -Michigan St Hosp Fin Auth | B | Interest | L | T | | | | | |
| 79. -Minnesota St Genl Fund Appropriation | C | Interest | M | T | | | | | |
| 80. -New Hampshire St Tpk Sys Rev | C | Interest | M | T | | | | | |
| 81. -New Jersey Econ Dev Auth | C | Interest | M | T | | | | | |
| 82. -New Jersey Econ Dev Auth School Facs | A | Interest | K | T | Buy | 04/08/14 | K | | |
| 83. -New Jersey Turnpike Authority | C | Interest | M | T | | | | | |
| 84. -New York NY General Oblig | A | Interest | | | Sold | 05/12/14 | J | A | |
| 85. -New York NY City Trnstnl Fin Auth | A | Interest | | | Sold | 03/06/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -New York NY City Trnstnl Fin Auth | D | Interest | M | T | | | | | |
| 87. | -New York St Dorm Auth Revs | D | Interest | | | Sold | 09/18/14 | L | B | |
| 88. | -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | C | Interest | L | T | | | | | |
| 89. | -Sales Tax Asset Receivable Corp Rev-A | | None | M | T | Buy | 09/24/14 | M | | |
| 90. | -San Antonio TX Wtr Sys Jr Lien Rev Ref-A | | None | M | T | Buy | 12/22/14 | M | | |
| 91. | -Snohomish Cnty Wash Pub Util Dist No 001 | C | Interest | | | Sold | 10/01/14 | M | D | |
| 92. | -University Minn | D | Interest | M | T | | | | | |
| 93. | -University Tex Univ Revs Ref Ser-F | A | Interest | K | T | Buy | 04/11/14 | K | | |
| 94. | -Washington Hlth Care Facs | B | Interest | L | T | | | | | |
| 95. | Morgan Stanley Managed Bond Account #2 | | | | | | | | | |
| 96. | -Morgan Stanley Cash Account | A | Interest | K | T | | | | | |
| 97. | -Arizona Trans Brd | A | Interest | J | T | | | | | |
| 98. | -Atlanta GA ARPT Passenger FAC | A | Interest | K | T | Buy | 03/31/14 | K | | |
| 99. | -California St General Oblig | A | Interest | J | T | | | | | |
| 100. | -District Columbia Income Tax Rev-F | A | Interest | J | T | | | | | |
| 101. | -Dormitory Authority of the State of New York Stat | | None | J | T | Buy | 12/14/14 | J | | |
| 102. | -Fulton Cnty GA Dev Auth Rev-A | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Illinois St Sales Tax Rev | A | Interest | J | T | | | | | |
| 104.  -Houston Tex Util Sys First Lien | A | Interest | J | T | Buy | 05/15/14 | J | | |
| 105.  -Jea Fla St Johns Riv Pwr Pk Sys (Y) | | | | | | | | | |
| 106.  -Kentucky St Property & Bldgs Commission Rev | A | Interest | J | T | | | | | |
| 107.  -Kentucky Turnpike Auth Econ Dev Rd | | None | J | T | Buy | 06/11/14 | J | | |
| 108.  -Louisiana St Gasoline and Fuels Tax Revenue Ref Series A | A | Interest | J | T | | | | | |
| 109.  -Louisiana St General Oblig Ref (Y) | | | | | | | | | |
| 110.  -Louisiana St General Oblig Ref | B | Interest | | | Sold | 12/15/14 | K | A | |
| 111.  -Louisiana St Highway Impt | A | Interest | J | T | Buy | 02/20/14 | J | | |
| 112.  -Lower Colorado River Auth Tx Trans | A | Interest | J | T | | | | | |
| 113.  -Massachusetts St Health & Edl | A | Interest | | | Sold | 04/07/14 | J | A | |
| 114.  -Massachusetts Wtr Resources Auth | A | Interest | | | Sold | 12/02/14 | J | A | |
| 115.  -Michigan St Comprehensive Transn Rev Ref (Y) | | | | | | | | | |
| 116.  -Minnesota Pub Facs Auth | A | Interest | J | T | | | | | |
| 117.  -Missouri Hghwys & Transpt Commfirst Lien | A | Interest | J | T | Buy | 05/21/14 | J | | |
| 118.  -New Jersey Environmental Infrastructure Tr Rev-B | A | Interest | J | T | | | | | |
| 119.  -New York NY City Trnstnl Fin Auth Ftr Tx (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -New York St Urban Dev Corp Contract | A | Interest | J | T | | | | | |
| 121. -Ohio State Cap FACS Lease Appropriation Ser-B | A | Interest | J | T | | | | | |
| 122. -Pennsylvania Econ Dev Fing AU Unemployment Compensation | A | Interest | J | T | | | | | |
| 123. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | A | Interest | | | Sold | 06/04/14 | J | A | |
| 124. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | | None | J | T | Buy | 12/04/14 | J | | |
| 125. -Rhode Island Clean Wtr Fin AGYWTR Pollu | A | Interest | J | T | | | | | |
| 126. -San Diego Cnty Calif Wtr Auth | A | Interest | J | T | | | | | |
| 127. -San Francisco CA Arpt Commn | A | Interest | | | Sold | 02/19/14 | J | A | |
| 128. -University Minn | A | Interest | J | T | | | | | |
| 129. -Utah Cnty Utah Hosp Rev Ice Health Services | A | Interest | K | T | Buy | 04/23/14 | K | | |
| 130. -Virginia Comwlth Transn Brd | A | Interest | J | T | | | | | |
| 131. Morgan Stanley Managed Stock Account | | | | | | | | | |
| 132. -Citibank Cash Mgmt Account | A | Interest | J | T | | | | | |
| 133. -AFLAC INCORPORATED | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 134. | | | | | Sold (part) | 03/31/14 | J | A | |
| 135. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 136. -AT&T INC | A | Dividend | | | Sold | 03/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -ABBOTT LABORATORIES | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 138. -ADVANCE AUTO PARTS | A | Dividend | | | Sold | 05/06/14 | J | B | |
| 139. | | | | | Sold (part) | 01/24/14 | J | B | |
| 140. | | | | | Sold (part) | 02/26/14 | J | B | |
| 141. -AEGON NV ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 142. -ADVENT SOFTWARE INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 143. -AGEAS SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 144. -AGRIUM INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 145. -AKBANK TURK ANONIM SIRKETI ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 146. -ALBEMARLE CORPORATION | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 147. -ALEXANDER & BALDWIN INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 148. -ALLIANCE DATA SYSTEMS CORP | | None | | | Sold | 11/04/14 | K | D | |
| 149. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 150. | | | | | Sold (part) | 02/28/14 | J | B | |
| 151. -ALLIANT TECHSYSTEM | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 152. -ALLSTATE CORP | A | Dividend | | | Sold | 07/09/14 | J | A | |
| 153. | | | | | Buy (add'l) | 01/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 155.  -ALSTOM ADR | | None | | | Sold | 06/23/14 | J | A | |
| 156. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 157. | | | | | Sold (part) | 04/29/14 | J | A | |
| 158.  -AMAZON COM INC | | None | | | Sold | 11/04/14 | J | A | |
| 159. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 160. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 161. | | | | | Sold (part) | 05/06/14 | J | B | |
| 162.  -AMBEV S A SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 163. | | | | | Buy (add'l) | 01/03/14 | J | | |
| 164.  -AMERICAN EAGLE OUTFITTERS NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 165.  -AMERICAN EXPRESS CO | A | Dividend | | | Sold | 10/01/14 | J | B | |
| 166. | | | | | Sold (part) | 02/06/14 | J | B | |
| 167.  -AMERICAN TOWER REIT COM | A | Dividend | | | Sold | 06/27/14 | J | A | |
| 168. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 169.  -ANADARKO PETE | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 170. | | | | | Buy (add'l) | 04/30/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/16/14 | J | A | |
| 172. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 173.  -ANSYS INC | | None | | | Sold | 11/04/14 | J | C | |
| 174. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 175.  -APPLE INC | A | Dividend | | | Sold | 11/04/14 | L | E | |
| 176. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 177. | | | | | Sold (part) | 07/31/14 | J | C | |
| 178. | | | | | Sold (part) | 08/29/14 | J | B | |
| 179. | | | | | Sold (part) | 09/04/14 | J | B | |
| 180.  -ATWOOD OCEANICS INC | | None | | | Sold | 11/04/14 | J | B | |
| 181. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 182.  -BAIDU INC ADS | | None | | | Sold | 11/04/14 | J | D | |
| 183.  -BANCO DO BRASIL SA SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 184. | | | | | Sold (part) | 10/14/14 | J | A | |
| 185. | | | | | Buy (add'l) | 10/28/14 | J | | |
| 186.  -BANCO MACRO S.A. SPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 187. | | | | | Sold (part) | 05/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 07/15/14 | J | A | |
| 189. -BANCO SANTANDER BRASIL SA ADS | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 190. -BANK OF AMERICA CORP | A | Dividend | | | Sold | 11/04/14 | K | B | |
| 191. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 192. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 193. | | | | | Sold (part) | 08/29/14 | J | A | |
| 194. -BARRICK GOLD CORP | A | Dividend | | | Sold | 11/03/14 | J | A | |
| 195. | | | | | Sold (part) | 04/04/14 | J | A | |
| 196. -BIDVEST GROUP LTD SPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 197. | | | | | Sold (part) | 04/08/14 | J | A | |
| 198. -BIOMARIN PHARMAC SE | | None | | | Sold | 09/16/14 | J | A | |
| 199. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 200. | | | | | Sold (part) | 04/11/14 | J | A | |
| 201. -BOEING CO | A | Dividend | | | Sold | 09/16/14 | J | B | |
| 202. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 203. | | | | | Sold (part) | 02/28/14 | J | A | |
| 204. | | | | | Sold (part) | 03/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 206. | | | | | Sold (part) | 04/11/14 | J | A | |
| 207. | | | | | Sold (part) | 04/23/14 | J | C | |
| 208. | | | | | Sold (part) | 07/23/14 | J | A | |
| 209. -BRISTOL MYERS SQUIBB CO | A | Dividend | | | Sold | 11/04/14 | J | D | |
| 210. -CF INDUSTRIES HOLDINGS,INC | A | Dividend | | | Sold | 06/12/14 | J | A | |
| 211. -CIT GROUP INC NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 212. -CNOOC LTD ADS | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 213. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 214. -CVS CAREMARK CORP | | None | | | Sold | 11/04/14 | K | D | |
| 215. | | | | | Sold (part) | 07/23/14 | J | B | |
| 216. -CABELA'S INC | | None | | | Sold | 11/04/14 | J | C | |
| 217. -CAMECO CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 218. | | | | | Sold (part) | 02/28/14 | J | A | |
| 219. -CAMERON INTNL CORP | | None | | | Sold | 06/04/14 | J | A | |
| 220. -CARREFOUR SA SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 221. -CATERPILLAR INC | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 223. | | | | | Sold (part) | 07/23/14 | J | A | |
| 224. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 225.  -CATLIN GRP LTD SPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 226.  -CELGENE CORP | | None | | | Sold | 11/04/14 | J | C | |
| 227. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 228. | | | | | Buy (add'l) | 09/13/14 | J | | |
| 229. | | | | | Sold (part) | 10/27/14 | J | A | |
| 230.  -CENTRAIS ELEC BRAS ADR PREF | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 231.  -CENTRAIS ELEC BRAS SP ADR CM | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 232.  -CHEVRON CORP | A | Dividend | | | Sold | 11/04/14 | K | B | |
| 233.  -CHINA CONSTRUCTION BANK CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 234. | | | | | Sold (part) | 06/04/14 | J | A | |
| 235.  -CHINA MOBILE LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 236. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 237. | | | | | Sold (part) | 04/09/14 | J | A | |
| 238. | | | | | Sold (part) | 09/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. –CHURCH & DWIGHT CO INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 240. –CIELO SA SPONSORED ADR NEW | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 241. | | | | | Sold (part) | 07/18/14 | J | B | |
| 242. –CITIGROUP INC NEW | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 243. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 244. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 245. | | | | | Sold (part) | 10/09/14 | J | A | |
| 246. | | | | | Sold (part) | 10/20/14 | J | A | |
| 247. –CLARCOR INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 248. –CLICKS GROUP LTD SPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 249. | | | | | Sold (part) | 06/04/14 | J | A | |
| 250. –COACH INC | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 251. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 252. –COCA COLA CO | | None | | | Sold | 03/10/14 | J | A | |
| 253. –COHEN & STEERS INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 254. | | | | | Sold (part) | 08/21/14 | J | B | |
| 255. –COLUMBIA SPORTSWEAR CO | A | Dividend | | | Sold | 10/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | | Sold (part) | 10/28/14 | J | A | |
| 257. -COMCAST CORP (NEW) CLASS A | | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 258. | | | | | | Buy (add'l) | 02/14/14 | J | | |
| 259. | | | | | | Buy (add'l) | 03/05/14 | J | | |
| 260. -COMERICA INC | | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 261. | | | | | | Buy (add'l) | 03/11/14 | J | | |
| 262. -COMMERCIAL INTL BNK LTD SP ADR | | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 263. -COMPANHIA ENERGY DE MIN SP ADR | | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 264. | | | | | | Buy (add'l) | 02/12/14 | J | | |
| 265. | | | | | | Sold (part) | 03/28/14 | J | A | |
| 266. -CONOCOPHILLIPS | | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 267. | | | | | | Buy (add'l) | 04/30/14 | J | | |
| 268. | | | | | | Sold (part) | 08/14/14 | J | B | |
| 269. | | | | | | Sold (part) | 10/10/14 | J | A | |
| 270. -CONVERSANT INC | | | None | | | Sold | 11/04/14 | J | C | |
| 271. -COPART INC | | | None | | | Sold | 11/04/14 | J | B | |
| 272. | | | | | | Sold (part) | 01/24/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -CORNING INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 274. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 275. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 276. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 277. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 278. -CORRECTIONS CORP OF AMER NEW | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 279. -COSTCO WHOLESALE CORP NEW | A | Dividend | | | Sold | 11/04/14 | K | B | |
| 280. | | | | | Buy (add'l) | 01/28/14 | J | | |
| 281. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 282. -CROWN CASTLE INTL | A | Dividend | | | Sold | 09/25/14 | J | B | |
| 283. -DAI NIPPPN PRGT LTD JAPAN | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 284. -DAIICHI SANKYO CO LTD SPON ADR | A | Dividend | | | Sold | 06/11/14 | J | A | |
| 285. -DANAHER CORPORATION | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 286. | | | | | Sold (part) | 02/28/14 | J | A | |
| 287. -DECKER OUTDOOR CORPORATION | | None | | | Sold | 11/04/14 | J | C | |
| 288. -DELTA AIR LINES INC NEW | A | Dividend | | | Sold | 08/29/14 | J | B | |
| 289. | | | | | Buy (add'l) | 01/15/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 06/04/14 | J | B | |
| 291. | | | | | Sold (part) | 06/12/14 | J | B | |
| 292.  -WALT DISNEY CO HLDG CO | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 293. | | | | | Buy (add'l) | 06/14/14 | J | | |
| 294. | | | | | Sold (part) | 07/16/14 | J | A | |
| 295. | | | | | Sold (part) | 07/23/14 | J | B | |
| 296. | | | | | Sold (part) | 08/27/14 | J | B | |
| 297.  -DISCOVER FINCL SVCS | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 298. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 299. | | | | | Sold (part) | 07/09/14 | J | B | |
| 300. | | | | | Sold (part) | 07/16/14 | J | A | |
| 301.  -DOLLAR GEN CORP NEW COM | | None | | | Sold | 09/25/14 | J | A | |
| 302.  -DOMINION RES INC (NEW) | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 303. | | | | | Sold (part) | 10/14/14 | J | A | |
| 304.  -DONALDSON CO INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 305.  -DRESSER-RAND GROUP INC | | None | | | Sold | 11/04/14 | J | D | |
| 306.  -EMC CORP MASS | A | Dividend | | | Sold | 06/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -EATON VANCE CP | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 308. | | | | | Sold (part) | 07/16/14 | J | B | |
| 309.  -EDISON INTERNATIONAL | A | Dividend | | | Sold | 07/16/14 | J | A | |
| 310.  -ELECTRICITE DE FRANCE ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 311.  -EQUIFAX INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 312.  -ERICSSON LM TEL ADR CL B NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 313. | | | | | Buy (add'l) | 02/19/14 | J | | |
| 314. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 315. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 316. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 317. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 318. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 319. | | | | | Sold (part) | 09/23/14 | J | A | |
| 320. | | | | | Sold (part) | 10/20/14 | J | A | |
| 321.  -EXPEDITORS INTL WASH INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 322.  -EXXON MOBIL CORP | A | Dividend | | | Sold | 11/04/14 | K | A | |
| 323. | | | | | Buy (add'l) | 06/27/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 325. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 326. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 327. | | | | | Sold (part) | 04/30/14 | K | A | |
| 328. -FACTSET RESEARCH SYSTEMS INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 329. -FAMILY DOLLAR STORES | A | Dividend | | | Sold | 04/03/14 | J | | |
| 330. | | | | | Sold (part) | 01/14/14 | J | A | |
| 331. -FEDEX CORP | A | Dividend | | | Sold | 02/25/14 | J | B | |
| 332. | | | | | Sold (part) | 02/10/14 | J | B | |
| 333. | | | | | Sold (part) | 02/18/14 | J | A | |
| 334. -FIRST CASH FINL SVCS INC | | None | | | Sold | 11/04/14 | J | B | |
| 335. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 336. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 337. -FIRST INDUST REALTY TR INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 338. -FREEPORT MCMORAN CP&GLD | A | Dividend | | | Sold | 06/18/14 | J | A | |
| 339. -FUJIFILM HLDGS CORP ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 340. | | | | | Sold (part) | 10/13/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 61

**Name of Person Reporting**

deGravelles, John W.

**Date of Report**

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -GAZPROM O A O SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 342. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 343. -GENERAL ELECTRIC CO | A | Dividend | | | Sold | 03/31/14 | J | B | |
| 344. | | | | | Sold (part) | 03/13/14 | J | A | |
| 345. -GENERAL MTRS CO | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 346. | | | | | Sold (part) | 04/11/14 | J | A | |
| 347. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 348. -GILEAD SCIENCE | | None | | | Sold | 10/20/14 | J | A | |
| 349. | | | | | Sold (part) | 05/09/14 | J | C | |
| 350. | | | | | Sold (part) | 06/12/14 | J | B | |
| 351. | | | | | Sold (part) | 01/14/14 | J | B | |
| 352. -GLAXOSMITHKLINE PLC ADS | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 353. -GOLDMAN SACHS GRP INC | A | Dividend | | | Sold | 04/30/14 | J | A | |
| 354. -GOOGLE INC-CL A | | None | | | Sold | 11/04/14 | J | D | |
| 355. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 356. | | | | | Sold (part) | 08/27/14 | J | D | |
| 357. -HSBC HOLDINGS PLC SPON ADR NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 359. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 360.  -JACK HENRY & ASSOC INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 361. | | | | | Sold (part) | 02/11/14 | J | B | |
| 362.  -HITTITE MICROWAVE CORP COM | A | Dividend | | | Sold | 06/10/14 | J | C | |
| 363.  -HOME DEPOT INC | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 364. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 365. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 366. | | | | | Buy (add'l) | 07/02/14 | J | | |
| 367. | | | | | Sold (part) | 08/26/14 | J | A | |
| 368.  -HOME RETAIL GROUP ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 369. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 370.  -HONEYWELL INTERNATIONAL INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 371. | | | | | Sold (part) | 01/22/14 | J | A | |
| 372.  -IMPERIAL HLDGS LTD ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 373.  -ING GROEP NV ADR | | None | | | Sold | 11/04/14 | J | B | |
| 374.  -INTEL CORP | A | Dividend | | | Sold | 07/23/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -INTUIT INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 376. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 377. -JPMORGAN CHASE & CO | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 378. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 379. | | | | | Sold (part) | 07/09/14 | J | B | |
| 380. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 381. -JOHNSON & JOHNSON | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 382. | | | | | Sold (part) | 10/03/14 | J | B | |
| 383. | | | | | Sold (part) | 10/27/14 | J | A | |
| 384. -KB FINANCIAL GRP INC SONS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 385. -KAMAN CORP CL A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 386. -KIMBERLY CLARK SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 387. | | | | | Sold (part) | 01/09/14 | J | A | |
| 388. -KINDER MORGAN INCORP | A | Dividend | | | Sold | 06/18/14 | J | A | |
| 389. | | | | | Sold (part) | 02/26/14 | J | A | |
| 390. -KINROSS GOLD CORP NEW | | None | | | Sold | 11/03/14 | J | A | |
| 391. | | | | | Buy (add'l) | 04/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -KOC HLDG AS UNSPON ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 393. -KRAFT FOODS GROUP INC COM | A | Dividend | | | Sold | 09/19/14 | J | A | |
| 394. -LANDSTAR SYSTEMS INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 395. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 396. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 397. | | | | | Sold (part) | 08/19/14 | J | B | |
| 398. -LOCALIZA RENT A CAR SA SPON | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 399. | | | | | Buy (add'l) | 02/10/14 | J | | |
| 400. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 401. -MBIA INC | | None | | | Sold | 11/04/14 | J | A | |
| 402. -MRC GLOBAL INC COM | | None | | | Sold | 11/04/14 | J | A | |
| 403. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 404. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 405. | | | | | Buy (add'l) | 01/13/14 | J | | |
| 406. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 407. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 408. | | | | | Sold (part) | 10/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. -MS&AD INS GROUP HLDGS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 410. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 411. -MSC INDL DIRECT CO CLASS A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 412. | | | | | Sold (part) | 08/20/14 | J | B | |
| 413. -MSCI INC COM | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 414. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 415. -MACY'S INC | A | Dividend | | | Sold | 05/15/14 | J | C | |
| 416. -MANPOWERGROUP INC COM | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 417. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 418. -MARATHON OIL CO | A | Dividend | | | Sold | 07/09/14 | J | B | |
| 419. | | | | | Sold (part) | 07/02/14 | J | A | |
| 420. -MARTIN MARIETTA MATERIALS | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 421. | | | | | Sold (part) | 06/27/14 | J | B | |
| 422. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 423. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 424. -MATSON INC COM | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 425. -MERCK & CO INC NEW COM | A | Dividend | | | Sold | 11/04/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 61

Name of Person Reporting

deGravelles, John W.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 427. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 428. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 429. -METLIFE INCORPORATED | A | Dividend | | | Sold | 10/15/14 | J | A | |
| 430. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 431. -MICREL INC | A | Dividend | | | Sold | 09/08/14 | J | A | |
| 432. -MICROS SYST | | None | | | Sold | 06/24/14 | J | C | |
| 433. -MICROSOFT CORP | A | Dividend | | | Sold | 11/04/14 | K | D | |
| 434. | | | | | Sold (part) | 07/23/14 | J | B | |
| 435. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 436. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 437. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 438. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 439. -MITSUBISHI TANBE PHRM CP ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 440. -MOBILE TELESYSTEMS OJSC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 441. -MOHAWK INDUSTRIES INC | | None | | | Sold | 08/05/14 | J | A | |
| 442. | | | | | Buy (add'l) | 02/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 61

**Name of Person Reporting**

deGravelles, John W.

**Date of Report**

05/08/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 444. -MONOTYPE IMAGING HLDGS INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 445. -MONSANTO CO/NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 446. | | | | | Sold (part) | 03/05/14 | J | A | |
| 447. | | | | | Sold (part) | 08/27/14 | J | B | |
| 448. | | | | | Sold (part) | 09/30/14 | J | B | |
| 449. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 450. -MORGAN STANLEY | A | Dividend | | | Sold | 09/22/14 | J | B | |
| 451. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 452. | | | | | Sold (part) | 07/16/14 | J | B | |
| 453. | | | | | Sold (part) | 08/05/14 | J | A | |
| 454. -NEDBANK GRP LTD SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 455. | | | | | Sold (part) | 04/08/14 | J | A | |
| 456. -NESTLE SPON ADR REP REG SHR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 457. -NETEASE.COM INC ADS | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 458. -NEWMARKET CORP (HLDG CO) | A | Dividend | | | Sold | 11/04/14 | K | D | |
| 459. -NEXTERA ENERGY INC COM | A | Dividend | | | Sold | 11/04/14 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 61

Name of Person Reporting

deGravelles, John W.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 461. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 462. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 463. | | | | | Sold (part) | 07/17/14 | J | A | |
| 464. | | | | | Sold (part) | 07/31/14 | J | A | |
| 465. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 466. -NIPPON TELEGRAPH&TELEPHONE ADS | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 467. -NOBLE ENERGY INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 468. -NORDSON CP | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 469. -O'REILLY AUTOMOTIVE INC NEW | | None | | | Sold | 09/19/14 | J | C | |
| 470. -OCCIDENTAL PETROLEUM CORP DE | A | Dividend | | | Sold | 11/04/14 | K | A | |
| 471. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 472. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 473. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 474. -OIL CO LUKOIL SPN ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 475. -OLD DOMINION FREIGHT LINE | | None | | | Sold | 11/04/14 | K | D | |
| 476. -OLIN CORPORATION | A | Dividend | | | Sold | 11/04/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 61

Name of Person Reporting

deGravelles, John W.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 01/09/14 | J | | |
| 478. | | | | | Buy (add'l) | 01/10/14 | J | | |
| 479. | | | | | Buy (add'l) | 01/13/14 | J | | |
| 480.  -ORACLE CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 481. | | | | | Buy (add'l) | 01/14/14 | J | | |
| 482. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 483. | | | | | Sold (part) | 09/08/14 | J | B | |
| 484. | | | | | Sold (part) | 09/23/14 | J | A | |
| 485. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 486.  -ORASCOM CONSTR INDS SPON | | None | | | Sold | 03/03/14 | J | A | |
| 487.  -ORIFLAME COSMETICS SA SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 488.  -PNC FINL SVCS GP | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 489. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 490. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 491.  -PPG INDUSTRIES INC | A | Dividend | | | Sold | 09/17/14 | J | B | |
| 492. | | | | | Sold (part) | 07/16/14 | J | A | |
| 493.  -PPC LIMITED UNSPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 61

Name of Person Reporting

deGravelles, John W.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -PTT EXPLO & PRODTN SPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 495. -PT SEMEN GRESIK PERSERO ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 496. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 497. -PT UNITED TRACTORS ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 498. -PT BK MANDIRI PERSERO TBK UNSP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 499. | | | | | Sold (part) | 08/05/14 | J | A | |
| 500. -PT ASTRA INTERNATIONAL TBK ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 501. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 502. -PANASONIC CORP - SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 503. -PEPSICO INC NC | A | Dividend | | | Sold | 11/04/14 | K | B | |
| 504. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 505. -PT TELEKOMUNIKASI INDONESIA | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 506. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 507. | | | | | Sold (part) | 06/13/14 | J | A | |
| 508. -PFIZER INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 509. | | | | | Sold (part) | 07/16/14 | J | B | |
| 510. | | | | | Sold (part) | 08/19/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 512. | | | | | Sold (part) | 09/22/14 | J | B | |
| 513. -PHILIP MORRIS INTL INC | A | Dividend | | | Sold | 03/11/14 | J | A | |
| 514. -PHILIPPINE LG DIST TEL SPN ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 515. -PHILLIPS 66 COM | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 516. | | | | | Sold (part) | 04/30/14 | J | A | |
| 517. -PRECISION CASTPARTS CORP | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 518. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 519. -PRICESMART INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 520. -PROCTER & GAMBLE | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 521. -PUBLIC STORAGE | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 522. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 523. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 524. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 525. | | | | | Sold (part) | 10/20/14 | J | A | |
| 526. -QUALCOMM INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 527. | | | | | Buy (add'l) | 03/13/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528.  -RANGE RESOURCES CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 529. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 530. | | | | | Sold (part) | 09/15/14 | J | B | |
| 531.  -RBC BEARINGS INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 532. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 533.  -REGIONS FINANCIAL CORP NEW | A | Dividend | | | Sold | 10/20/14 | J | A | |
| 534. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 535. | | | | | Buy (add'l) | 07/09/14 | J | | |
| 536. | | | | | Sold (part) | 09/16/14 | J | A | |
| 537. | | | | | Sold (part) | 10/09/14 | J | A | |
| 538.  -REYNOLDS AMERICAN INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 539. | | | | | Sold (part) | 02/19/14 | J | A | |
| 540. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 541. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 542. | | | | | Sold (part) | 10/01/14 | J | A | |
| 543.  -RITCHIE BROTHERS AUCTIONEERS | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 544.  -ROCHE HOLDINGS ADR | A | Dividend | | | Sold | 11/04/14 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 546. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 547. -ROHM CO LTD UNSPONS ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 548. | | | | | Sold (part) | 01/08/14 | J | A | |
| 549. | | | | | Sold (part) | 10/22/14 | J | A | |
| 550. -ROSS STORES INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 551. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 552. -ROYAL DSM NV SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 553. -ROYAL DUTCH SHELL PLC CL B | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 554. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 555. -SK TELECOM CO LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 556. | | | | | Sold (part) | 07/31/14 | J | A | |
| 557. -SANLAM LTD ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 558. -SANOFI ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 559. | | | | | Sold (part) | 01/22/14 | J | A | |
| 560. | | | | | Sold (part) | 10/30/14 | J | A | |
| 561. -SBERBANK RUSSIA SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

deGravelles, John W.

05/08/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 04/01/14 | J | A | |
| 563. -SEKISUI HOUSE LTD ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 564. -SEMPRA ENERGY | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 565. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 566. | | | | | Sold (part) | 08/27/14 | J | B | |
| 567. | | | | | Sold (part) | 10/09/14 | J | A | |
| 568. -SERVICE CORP INTL | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 569. -SEVEN & I HLDGS CO LTD ADR | A | Dividend | | | Sold | 11/07/14 | J | B | |
| 570. | | | | | Sold (part) | 11/04/14 | J | A | |
| 571. -SHERWIN WILLIAMS COMPANY OHIO | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 572. -SHINHAN FINANCIAL GROUP CO LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 573. -SHIRE PLC ADR | A | Dividend | | | Sold | 07/23/14 | J | B | |
| 574. | | | | | Sold (part) | 07/16/14 | J | C | |
| 575. -SHISEIDO LTD SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 576. -SHOPRITE HLDGS LTD SPONSORED A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 577. -SIEMENS AKTIENGESELLSCHAFT | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 578. -SIMON PPTY GROUP INC | A | Dividend | | | Sold | 11/04/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 580. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 581. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 582. | | | | | Sold (part) | 10/09/14 | J | A | |
| 583. | | | | | Sold (part) | 10/15/14 | J | A | |
| 584.  -SIRONA DENTAL SYSTEMS INC | | None | | | Sold | 11/04/14 | J | C | |
| 585. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 586.  -SNAP-ON INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 587. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 588.  -STANDARD BANK GROUP LTD SPON | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 589.  -STARBUCKS CORP WASHINGTON | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 590. | | | | | Sold (part) | 01/23/14 | J | B | |
| 591. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 592.  -STRYKER CORP | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 593.  -STURM RUGER & CO | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 594.  -SUMITOMO MITSUI TR HLDGS INC | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 595.  -SUNTRUST BKS | A | Dividend | | | Sold | 10/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -SWISSCOM AG ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 597. | | | | | Sold (part) | 04/24/14 | J | B | |
| 598. -TNT EXPRESS NV | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 599. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 600. | | | | | Buy (add'l) | 08/20/14 | J | | |
| 601. -TAIWAN SMCNDCTR MFG CO LTD ADR | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 602. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 603. -TALISMAN ENERGY INC | A | Dividend | | | Sold | 10/16/14 | J | A | |
| 604. -TECHNE CP | A | Dividend | | | Sold | 01/24/14 | J | A | |
| 605. -TEJON RANCH CO | | None | | | Sold | 11/04/14 | J | A | |
| 606. -TEJON RANCH CO WT EXP | | None | | | Sold | 11/04/14 | J | A | |
| 607. -TELECOM ITALIA SPA(NEW)SVGS SH | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 608. | | | | | Sold (part) | 02/05/14 | J | A | |
| 609. | | | | | Sold (part) | 06/05/14 | J | A | |
| 610. | | | | | Sold (part) | 10/24/14 | J | A | |
| 611. -TEMPUR-PEDIC INT'L INC | | None | | | Sold | 11/04/14 | J | C | |
| 612. -TENET HEALTHCARE CORP COM NEW | | None | | | Sold | 11/04/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -TESCO PLC SPONSORED ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 614. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 615. -TEVA PHARMACEUTICALS ADR | A | Dividend | | | Sold | 11/04/14 | K | C | |
| 616. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 617. -THERMO FISHER SCIENTIFIC INC | A | Dividend | | | Sold | 11/04/14 | J | C | |
| 618. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 619. -TIGER BRANDS LTD SPON ADR NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 620. -TOWERS WATSON & CO CL A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 621. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 622. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 623. -TOYOTA MOTOR CP ADR NEW | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 624. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 625. -TREDEGAR CORPORATION | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 626. | | | | | Sold (part) | 01/14/14 | J | A | |
| 627. -TURKCELL ILETISM HIZM AS NEW | | None | | | Sold | 11/04/14 | J | A | |
| 628. -TWENTY-FIRST CENTURY FOX CL A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 629. -UNILEVER NV NY SH NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  -UNION PACIFIC CORP | A | Dividend | | | Sold | 11/04/14 | K | D | |
| 631. | | | | | Sold (part) | 01/22/14 | J | A | |
| 632. | | | | | Sold (part) | 05/09/14 | J | A | |
| 633. | | | | | Sold (part) | 06/27/14 | J | B | |
| 634. | | | | | Sold (part) | 07/31/14 | J | B | |
| 635. | | | | | Sold (part) | 10/10/14 | J | B | |
| 636.  -UNITED CONTINENTAL HLDGS INC | | None | | | Sold | 06/04/14 | J | A | |
| 637. | | | | | Buy (add'l) | 01/22/14 | J | | |
| 638. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 639.  -UNITED TECHNOLOGIES CORP | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 640.  -VALE S.A. SP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 641.  -VALLOUREC SA NEW SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 642.  -VERIZON COMMUNICATIONS | B | Dividend | | | Sold | 11/04/14 | K | A | |
| 643. | | | | | Sold (part) | 02/14/14 | J | A | |
| 644. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 645. | | | | | Sold (part) | 02/26/14 | J | A | |
| 646. | | | | | Buy (add'l) | 03/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 648. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 649. | | | | | Buy (add'l) | 07/16/14 | J | | |
| 650. | | | | | Sold (part) | 07/23/14 | J | A | |
| 651. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 652. | | | | | Sold (part) | 10/03/14 | J | A | |
| 653. -VIVENDI SA UNSPON ADR | | None | | | Sold | 03/10/14 | J | B | |
| 654. -VMWARE INC CLASS A | | None | | | Sold | 11/04/14 | J | A | |
| 655. | | | | | Buy (add'l) | 02/13/14 | J | | |
| 656. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 657. -VODAFONE GROUP PLC | B | Dividend | | | Sold | 03/24/14 | J | A | |
| 658. -VODACOM GROUP LIMITED | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 659. -VOLKSWAGEN AG SPON ADR | A | Dividend | | | Sold | 07/09/14 | J | A | |
| 660. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 661. -WABCO HLDGS INC | | None | | | Sold | 11/04/14 | J | B | |
| 662. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 663. -WACOAL CP ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. -WAL MART STORES INC | A | Dividend | | | Sold | 06/26/14 | J | A | |
| 665. -WEICHAI PWR CO LTD UNSPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 666. -WELLS FARGO & CO NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 667. | | | | | Sold (part) | 03/13/14 | J | A | |
| 668. | | | | | Sold (part) | 03/31/14 | K | D | |
| 669. | | | | | Buy (add'l) | 10/14/14 | J | | |
| 670. -WHOLE FOODS MARKETS INC | A | Dividend | | | Sold | 07/14/14 | J | A | |
| 671. -WOLTERS KLUWER NV SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 672. -WOLVERINE WORLD WIDE | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 673. | | | | | Buy (add'l) | 07/24/14 | J | | |
| 674. -WOOLWORTHS HLDGS LTD | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 675. -WORLD FUEL SERVICES CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 676. | | | | | Sold (part) | 02/19/14 | J | B | |
| 677. | | | | | Sold (part) | 02/20/14 | J | A | |
| 678. -WYNN MACAU LTD UNSPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 679. | | | | | Sold (part) | 01/08/14 | J | B | |
| 680. -YPF SOCIEDAD ADS REP 1 CL-D SH | A | Dividend | | | Sold | 11/04/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold (part) | 04/11/14 | J | A | |
| 682. | | | | | Sold (part) | 07/31/14 | J | B | |
| 683. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 684.  -AON PLC SHS CL-A | A | Dividend | | | Sold | 03/11/14 | J | B | |
| 685. | | | | | Sold (part) | 02/19/14 | J | A | |
| 686. | | | | | Sold (part) | 02/28/14 | J | A | |
| 687.  -AXIS CAPITAL HOLDINGS LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 688. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 689.  -COVIDIEN PLC | A | Dividend | | | Sold | 10/09/14 | J | B | |
| 690. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 691. | | | | | Sold (part) | 06/18/14 | J | C | |
| 692.  -EATON CORP PLC SHS | | None | | | Sold | 07/31/14 | J | A | |
| 693. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 694. | | | | | Sold (part) | 04/14/14 | J | A | |
| 695. | | | | | Sold (part) | 06/05/14 | J | A | |
| 696. | | | | | Sold (part) | 06/06/14 | J | A | |
| 697.  -INVESCO LTD | A | Dividend | | | Sold | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 699. | | | | | Sold (part) | 08/25/14 | J | A | |
| 700. | | | | | Sold (part) | 10/01/14 | J | A | |
| 701. | | | | | Sold (part) | 10/24/14 | J | A | |
| 702. -MICHAEL KORS HOLDINGS LTD | | None | | | Sold | 06/14/14 | J | B | |
| 703. -MONTPELIER RE HLDGS LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 704. -WHITE MOUNTAIN GRP BERMUDA | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 705. -ACE LTD | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 706. -WEATHERFORD INTERNATIONAL LTD | | None | | | Sold | 06/05/14 | J | B | |
| 707. -UBS AG NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 708. -CHECK POINT SOFTWARE TECH LTD | | None | | | Sold | 11/04/14 | J | B | |
| 709. -ASML HOLDING NV NY REG NEW | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 710. | | | | | Sold (part) | 01/30/14 | J | B | |
| 711. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 712. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 713. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 714. | | | | | Buy (add'l) | 09/17/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -CORE LABORATORIES N V | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 716. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 717. -LYONDELLBASELL NV CL-A | A | Dividend | | | Sold | 11/04/14 | K | A | |
| 718. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 719. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 720. | | | | | Sold (part) | 06/27/14 | J | C | |
| 721. | | | | | Sold (part) | 08/29/14 | J | B | |
| 722. -NIELSEN HOLDINGS NV | A | Dividend | | | Sold | 09/23/14 | J | A | |
| 723. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 724. -INVESCO PREMIER INST | A | Dividend | | | | | | | |
| 725. -FRANKLIN GLD & PREC METALS ADV | | None | | | Sold | 11/04/14 | L | A | |
| 726. | | | | | Buy (add'l) | 03/21/14 | K | | |
| 727. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 728. -ING GLOBAL REAL ESTATE FD I | A | Dividend | | | | | | | |
| 729. -ADR BANCO SANTANDER | A | Dividend | | | | | | | |
| 730. -CONSULTING GRP EMRG MKT EQ INV (TEMUX) | C | Dividend | N | T | Buy | 11/11/14 | N | | |
| 731. -CONSULTING GRP INTL EQ INVEST (TIEUX) | D | Dividend | N | T | Buy | 11/11/14 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -CONSULTING GRP LG CAP VAL EQ (TLVUX) | D | Dividend | O | T | Buy | 11/11/14 | O | | |
| 733. -CONSULTING GRP LG CP GW INVEST (TL)GUX | F | Dividend | O | T | Buy | 11/11/14 | O | | |
| 734. -CONSULTING GRP SM CP GW INVEST (TSGUX) | F | Dividend | N | T | Buy | 11/11/14 | N | | |
| 735. -CONSULTING GRP SM CP VL EQ INV (TSVUX) | E | Dividend | N | T | Buy | 11/11/14 | N | | |
| 736. -ACTAVIS PLC | | None | | | Buy | 09/19/14 | J | | |
| 737. | | | | | Sold | 11/04/14 | J | A | |
| 738. -AFFILIATED MGRS GROUP INC | | None | | | Sold | 11/04/14 | J | A | |
| 739. | | | | | Buy | 04/30/14 | J | | |
| 740. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 741. | | | | | Buy (add'l) | 10/25/14 | J | | |
| 742. | | | | | Buy (add'l) | 10/24/14 | J | | |
| 743. -ALCOA | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 744. | | | | | Buy | 07/15/14 | J | | |
| 745. -ALIBABA GROUP HLDG LTD | | None | | | Sold | 11/04/14 | J | A | |
| 746. | | | | | Buy | 10/24/14 | J | | |
| 747. -ALLIANZ SE ADS (X) | | None | | | Sold | 01/27/14 | J | A | |
| 748. -ALLEGHANY CP DELAWARE (X) | | None | | | Sold | 01/09/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -ALTRIA GROUP INC | A | Dividend | | | Sold | 11/04/14 | J | B | |
| 750. | | | | | Buy | 07/16/14 | J | | |
| 751. | | | | | Buy (add'l) | 07/23/14 | J | | |
| 752. | | | | | Sold (part) | 10/15/14 | J | A | |
| 753. -AVALONBAY COMM INC (X) | | None | | | Sold | 01/22/14 | J | A | |
| 754. -AMERICAN ELECTRIC POWER CO (X) | | None | | | Sold | 01/22/14 | J | A | |
| 755. -ANHEUSER BUSCH INVEB SA SPON (X) | | None | | | Sold | 01/21/14 | J | B | |
| 756. -APACHE CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 757. | | | | | Buy | 06/18/14 | J | | |
| 758. -BANK OF HAWAII CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 759. | | | | | Buy | 03/27/14 | J | | |
| 760. -BB SEGURIDADE PARTICIPACOES | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 761. | | | | | Buy | 04/14/14 | J | | |
| 762. -BIO-TECHNE CORP | A | Dividend | | | Sold | 11/07/14 | J | B | |
| 763. | | | | | Buy | 03/21/14 | J | | |
| 764. -BIOGEN IDEC INC (X) | | None | | | Sold | 01/10/14 | J | C | |
| 765. -CARBO CERAMICS INC | | None | | | Sold | 10/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | Buy | 08/19/14 | J | | |
| 767. -CH ROBINSON WORLDWIDE INC NEW | A | Distribution | | | Sold | 11/04/14 | J | B | |
| 768. | | | | | Buy | 06/12/14 | J | | |
| 769. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 770. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 771. -CHINA RESOURES PWR HLDGS CO LT | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 772. | | | | | Buy | 08/11/14 | J | | |
| 773. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 774. -CHINA SHENHUA ENERGY LTD ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 775. | | | | | Buy | 06/18/14 | J | | |
| 776. -CITY DEV LTD SPON ADR | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 777. | | | | | Buy | 03/28/14 | J | | |
| 778. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 779. | | | | | Buy (add'l) | 09/08/14 | J | | |
| 780. -CSX CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 781. | | | | | Buy | 07/31/14 | J | | |
| 782. | | | | | Sold (part) | 10/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. -CVS HEALTH CORP COM | A | Dividend | | | Buy | 02/19/14 | J | | |
| 784. | | | | | Sold | 11/04/14 | J | A | |
| 785. -DANA HOLDING CORP | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 786. | | | | | Buy | 07/16/14 | J | | |
| 787. -DELPHI AUTOMOTIVE PLC | A | Dividend | | | Sold | 09/17/14 | J | A | |
| 788. | | | | | Buy | 04/01/14 | J | | |
| 789. -DEVON ENERGY CORP NEW | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 790. | | | | | Buy | 04/30/14 | J | | |
| 791. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 792. -DISCOVERY COMMUNICATIONS SER A (X) | | | | | Sold | 01/28/14 | J | B | |
| 793. -EBAY INC(X) | | None | | | Sold | 01/16/14 | J | A | |
| 794. -EDWARD LIFESCIENCES CORP (X) | | | | | Sold | 02/18/14 | J | A | |
| 795. -ELI LILLY & CO | A | Dividend | | | Sold | 11/04/14 | K | B | |
| 796. | | | | | Buy | 08/05/14 | J | | |
| 797. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 798. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 799. -EMERSON ELECTRIC CO | A | Dividend | | | Sold | 11/04/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy | 03/13/14 | J | | |
| 801. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 802. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 803. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 804. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 805. -ENERGIZER HLDGS INC (X) | None | | | | Sold | 01/09/14 | J | B | |
| 806. -EQUITY RESIDENTIAL | None | | | | Sold | 11/04/14 | J | B | |
| 807. | | | | | Buy | 09/22/14 | J | | |
| 808. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 809. -EXELIS INC COM | None | | | | Sold | 11/04/14 | J | A | |
| 810. | | | | | Buy | 10/28/14 | J | | |
| 811. | | | | | Buy (add'l) | 10/29/14 | J | | |
| 812. -FACEBOOK INC CL-A | None | | | | Buy | 08/27/14 | J | | |
| 813. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 814. | | | | | Sold | 11/04/14 | J | A | |
| 815. -FINMECCANICA SPA ROMA(X) | None | | | | Sold | 02/04/14 | J | B | |
| 816. -FLEETCOR TECHNOLOGIES | None | | | | Buy | 05/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 05/12/14 | J | | |
| 818. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 819. | | | | | Sold | 11/04/14 | K | C | |
| 820. -GENL DYNAMICS CORP | A | Dividend | | | Buy | 07/24/14 | J | | |
| 821. | | | | | Sold | 11/04/14 | J | A | |
| 822. -GOLDCORP INC | A | Dividend | | | Buy | 10/06/14 | J | | |
| 823. | | | | | Sold | 11/04/14 | J | A | |
| 824. -GRUPO TELEVISA S.A.GLOBAL DEP(X) | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 825. -HALLIBURTON CO | A | Dividend | | | Buy | 04/23/14 | J | | |
| 826. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 827. | | | | | Sold | 11/04/14 | J | A | |
| 828. -HATTERAS FINL CORP COM (X) | | None | | | Sold | 01/09/14 | J | A | |
| 829. -HEICO CORP CLASS A (X) | A | Dividend | | | Sold | 02/05/14 | J | B | |
| 830. -HENDERSON LD DEV CO LTD SP ADR | A | Dividend | | | Buy | 05/30/14 | J | | |
| 831. | | | | | Sold | 08/27/14 | J | A | |
| 832. -IMPALA PLATINUM HLDGS LTD ADR | | None | | | Buy | 09/12/14 | J | | |
| 833. | | | | | Sold | 11/04/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

Page 55 of 61

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -INTERNATIONAL PAPER CO | | None | | | Buy | 09/12/14 | J | | |
| 835. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 836. | | | | | Sold | 11/04/14 | J | A | |
| 837.  -INTL BUSINESS MACHINES CORP (X) | | None | | | Sold | 01/29/14 | J | A | |
| 838.  -KEYCORP NEW | | None | | | Buy | 10/09/14 | J | | |
| 839. | | | | | Sold | 11/04/14 | J | A | |
| 840.  -KROGER CO | | None | | | Buy | 08/27/14 | J | | |
| 841. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 842. | | | | | Sold | 11/04/14 | J | B | |
| 843.  -LABORATORY CP AMER HLDGS NEW | | None | | | Buy | 04/04/14 | J | | |
| 844. | | | | | Sold | 11/03/14 | J | A | |
| 845.  -LEVEL 3 COMMUNICATIONS IN NEW | | None | | | Buy | 11/04/14 | J | | |
| 846. | | | | | Sold | 11/07/14 | J | A | |
| 847.  -LIONS GATE ENTERTAINMENT CORP | A | Dividend | | | Buy | 04/30/14 | J | | |
| 848. | | | | | Sold | 06/27/14 | J | A | |
| 849.  -NCR CORPORATION (X) | | None | | | Sold | 02/19/14 | J | A | |
| 850.  -NU SKIN ENTERPRISE INC A (X) | | None | | | Sold | 01/10/14 | J | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

deGravelles, John W.

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.  -OCI NV SPON ADR | | None | | | Buy | 03/03/14 | J | | |
| 852. | | | | | Sold | 06/19/14 | J | A | |
| 853.  -ORBITAL SCIENCE CORP | | None | | | Buy | 06/27/14 | J | | |
| 854. | | | | | Sold | 11/04/14 | J | A | |
| 855.  -PERRIGO CO LTD | A | Dividend | | | Buy | 02/28/14 | J | | |
| 856. | | | | | Sold | 11/04/14 | J | A | |
| 857.  -PG&E CORPORATION | A | Dividend | | | Buy | 07/16/14 | J | | |
| 858. | | | | | Sold | 11/04/14 | J | A | |
| 859.  -POSCO ADS | A | Dividend | | | Buy | 05/08/14 | J | | |
| 860. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 861. | | | | | Sold | 11/04/14 | J | A | |
| 862.  -PRUDENTIAL FINANCIAL INC | A | Dividend | | | Buy | 03/31/14 | J | | |
| 863. | | | | | Sold | 06/04/14 | J | A | |
| 864.  -RALPH LAUREN CORP CL A | A | Dividend | | | Buy | 03/17/14 | J | | |
| 865. | | | | | Sold | 11/04/14 | J | A | |
| 866.  -ROYAL CARIBBEAN CRUISES LTD | | None | | | Buy | 10/20/14 | J | | |
| 867. | | | | | Sold | 11/04/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868.  -SALESFORCE.COM,INC | | None | | | Buy | 10/02/14 | J | | |
| 869. | | | | | Sold | 11/04/14 | J | A | |
| 870.  -SPLUNK INC | | None | | | Buy | 09/08/14 | J | | |
| 871. | | | | | Sold | 11/04/14 | J | A | |
| 872.  -STARWOOD HTLS & RSTS WW INC | A | Dividend | | | Buy | 06/18/14 | J | | |
| 873. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 874. | | | | | Sold | 11/04/14 | J | A | |
| 875.  -STRATASYS LTD SHS | | None | | | Buy | 09/17/14 | J | | |
| 876. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 877. | | | | | Sold | 11/04/14 | J | A | |
| 878.  -SYNGENTA AG ADR | | None | | | Buy | 07/09/14 | J | | |
| 879. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 880. | | | | | Sold | 11/04/14 | J | A | |
| 881.  -TAKATA CORP TOKYO ADR | | None | | | Buy | 06/27/14 | J | | |
| 882. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 883. | | | | | Sold | 11/04/14 | J | A | |
| 884.  -TARGET CORPORATION | | None | | | Buy | 08/25/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 58 of 61

Name of Person Reporting

deGravelles, John W.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 886. | | | | | Sold | 11/04/14 | J | A | |
| 887. -TELENOR ASA ADS | A | Dividend | | | Buy | 04/02/14 | J | | |
| 888. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 889. | | | | | Sold | 11/04/14 | J | A | |
| 890. -THE ADT CORPORATION (X) | A | Dividend | | | Sold | 02/06/14 | J | A | |
| 891. -TJX COS INC NEW | A | Dividend | | | Buy | 05/15/14 | J | | |
| 892. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 893. | | | | | Sold | 11/04/14 | J | B | |
| 894. -TRAVELERS COMPANIES INC COM (X) | | None | | | Sold | 01/22/14 | J | B | |
| 895. -TRINITY IND DELAWARE | | None | | | Buy | 10/24/14 | J | | |
| 896. | | | | | Sold | 11/04/14 | J | A | |
| 897. -VERTEX PHARMACEUTICALS | | None | | | Buy | 10/13/14 | J | | |
| 898. | | | | | Sold | 11/04/14 | J | A | |
| 899. -VISA INC CL A | | None | | | Buy | 08/28/14 | J | | |
| 900. | | | | | Sold | 11/04/14 | J | A | |
| 901. -VOYA GLOBAL REAL ESTATE I | B | Dividend | | | Buy | 03/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 59 of 61 | deGravelles, John W. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold | 11/04/14 | M | D | |
| 903. -WINMARK CORP | | None | | | Buy | 09/25/14 | J | | |
| 904. | | | | | Sold | 11/04/14 | J | A | |
| 905. -XL GROUP | A | Dividend | | | Buy | 07/09/14 | J | | |
| 906. | | | | | Sold | 11/04/14 | J | A | |
| 907. -YELP INC | | None | | | Buy | 04/10/14 | J | | |
| 908. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 909. | | | | | Sold | 11/04/14 | J | A | |
| 910. Morgan Stanley Cash Account | A | Interest | M | T | | | | | |
| 911. DPHF Company, LLC | E | Rent | M | U | | | | | |
| 912. Verizon Communications Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 913. AT&T Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 914. Scott Fruge' - Personal Loan - Note Receivable (X) | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting       Date of Report

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The positions held in John W. deGravelles Law, LLC and deGravelles, Palmintier, Holthaus, Fruge' were terminated prior to appointment to the Federal Bench.

LA Litigation Services, Inc. is a dormant entity. No activity occurred in this entity from appointment through January 22, 2015. On that date, 100% of the stock of the entity was gifted.

The 2014 wages and S-corporation income reported in Part III-A from John W. deGravelles Law, LLC was received prior to appointment to the Federal Bench.

The asset listed on Line 4 of Part VII is a Subchapter S Corporation. The income from this S Corporation has been reported in Part III. Apart from the income reported in Part III, this asset has produced no other income. The interest in this entity was gifted to a relative prior to appointment to the Federal Bench.

The value of the annuities listed on lines 16 - 42 increase and decrease based on changes in market value.

Investiture Ceremony Committee Members:
1. Domengeaux Wright Roy Edwards & Colomb, LLC
2. Keogh, Cox & Wilson, LTD. A Professional Corporation
3. Walters, Papillion, Thomas, Cullens, LLC
4. Long Law Firm, LLP
5. Paul H. Due
6. Murray & Murray Attorneys at Law
7. Dodson Hooks & Frederick, APLC
8. John W. Perry
9. Michael C. Palmintier, APLC
10. Louisiana Business Inc.
11. Rutledge Law Firm, LLC
12. McGlinchey Stafford
13. Leonard R. Nachman, li
14. Richard M. Thompson Parker

Agreements - Additional Information:

John Neale deGravelles Law, LLC - The terms of the agreement are for a fixed and determinable amount (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for fees related to specific cases for which legal services were rendered prior to appointment to the bench should fees and/or advanced costs payments related to these cases be received by the firm of John Neale deGravelles Law, LLC.

deGravelles, Palmintier, Holthaus & Fruge' - The terms of the agreement are for a fixed calculation of fees (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for legal services rendered in specific cases prior to his appointment to the bench should fees related to these cases be received by deGravelles, Palmintier, Holthaus & Fruge'. The portion of fees that would be received by deGravelles, Palmintier, Holthaus & Fruge' and result in payment to John W. deGravelles is based upon an agreement dated April 20, 2010 between deGravelles, Palmintier, Holthaus & Fruge', Dodson, Hooks & Frederick, APLC and Walters, Papillion, Thomas, Cullens, LLC for the same specifc cases for which legal services were rendered prior to the bench and contains a fixed calculation of fees to be received by each group listed should fees be collected related to those cases.

Part VII -

Line 1 - Appraisal Dated - 9/11/2012

Line 2 - Appraisal Dated - 9/3/2012

Line 3 - Appraisal Dated - 1/10/2014

Items shown with a (Y) as no longer reportable in the Managed Bond Account # 2 are due to those bonds being transferred to Managed Bond Account #1 and will now be reported in that section.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544